IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED AUG 25 2025 Clerk U.S. District Court Greensboro, NC BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR292-1 |
| | : | |
| JONATHAN MASTACHE JUAREZ, also known as Jonathan Mastache | : | |

The Grand Jury charges:

COUNT ONE

On or about December 11, 2024, in the County of Lee, in the Middle District of North Carolina, JONATHAN MASTACHE JUAREZ, also known as Jonathan Mastache, knowingly and intentionally did unlawfully possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

COUNT TWO

On or about December 11, 2024, in the County of Lee, in the Middle District of North Carolina, JONATHAN MASTACHE JUAREZ, also known as Jonathan Mastache, knowingly and intentionally did unlawfully possess with intent to distribute a quantity of a mixture and substance containing a

detectable amount of cocaine hydrochloride, a Schedule II controlled substance within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

COUNT THREE

On or about December 11, 2024, in the County of Lee, in the Middle District of North Carolina, JONATHAN MASTACHE JUAREZ, also known as Jonathan Mastache, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute cocaine hydrochloride, as more fully referenced in Count Two of this Indictment, did knowingly possess firearms, that is, a American Tactical AR-15 rifle, a KE Arms 5.56 caliber rifle, and a Ruger .223 caliber rifle; in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

DATED: August 25, 2025

CLIFTON T. BARRETT
United States Attorney

Laura J Dildine
BY: LAURA J. DILDINE
Assistant United States Attorney

A TRUE BILL:

[redacted]
FOREPERSON