# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN MASTACHE JUAREZ<br>aka Jonathan Mastache<br><br>*Defendant* | Case No. 1:25CR292-1 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* JONATHAN MASTACHE JUAREZ, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possess with intent to distribute methamphetamine in violation of 21:841(a)(1) and (b)(1)(A); Possess with intent to distribute cocaine hydrochloride in violation of 21:841(a)(1) and (b)(1)(C); Possess firearms in furtherance of a drug trafficking crime in violation of 18:924(c)(1)(A)(i).

The Unites States Attorney requests a detention hearing.

Date: 08/26/2025

Lawrence H. Cunningham, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* ____________, and the person was arrested on *(date)* ____________ at *(city and state)* ____________.

Date: ____________

____________
*Arresting officer's signature*

____________
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: __________

Known aliases: __________

Last known residence: __________

Prior addresses to which defendant/offender may still have ties: __________

Last known employment: __________

Last known telephone numbers: __________

Place of birth: __________

Date of birth: __________

Social Security number: __________

Height: __________ Weight: __________

Sex: __________ Race: __________

Hair: __________ Eyes: __________

Scars, tattoos, other distinguishing marks: __________

History of violence, weapons, drug use: __________

Known family, friends, and other associates *(name, relation, address, phone number)*: __________

FBI number: __________

Complete description of auto: __________

Investigative agency and address: __________

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: __________

Date of last contact with pretrial services or probation officer *(if applicable)*: __________