IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:25CR292-1 |
| | ) | |
| JONATHAN MASTACHE JUAREZ | ) | |

## ORDER

This matter comes before the Court for the appointment of counsel to represent Defendant. The Court will appoint counsel pending further review of Defendant's Financial Affidavit.

**IT IS THEREFORE ORDERED** that CJA Panel Attorney Robert W. Ewing is appointed to represent Defendant in this action pending further review of Defendant's Financial Affidavit.

This, the 22nd day of October, 2025.

/s/ Joe L. Webster
United States Magistrate Judge