IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:25CR292-1 |
| | : | |
| v. | : | |
| | : | PETITION FOR WRIT OF |
| | : | HABEAS CORPUS AD |
| JONATHAN MASTACHE JUAREZ | : | PROSEQUENDUM |

NOW COMES the United States of America, by and through Clifton T. Barrett, United States Attorney for the Middle District of North Carolina, and respectfully shows the Court that JONATHAN MASTACHE JUAREZ, now in the custody of the Lee County Jail, Sanford, North Carolina, has a case pending against him in the United States District Court for the Middle District of North Carolina, in which he is charged with violations of Title 21, United States Code, Section 841(a)(1), possession with intent to distribute methamphetamine and cocaine hydrochloride; and a violation of Title 18, United States Code, Section 924(c)(1)(A)(i), possession of firearms in furtherance of a drug trafficking crime.

It does not appear that the said JONATHAN MASTACHE JUAREZ will be released from custody in time to appear for arraignment at the October 2025 term of Court to be held in this District.

WHEREFORE, it is respectfully requested that a Writ of Habeas Corpus ad Prosequendum be issued from this Court to have the said JONATHAN MASTACHE JUAREZ before the United States District Court, United States Courthouse, 251 North Main Street, Winston-Salem, North Carolina, on October 30, 2025, at 2:30 p.m., for the purpose of arraignment in the case of the United States of America v. Jonathan Mastache Juarez, 1:25CR292-1, on that day or as soon thereafter as the Court may hear the same.

This the 23rd day of October, 2025.

Respectfully submitted,

CLIFTON T. BARRETT
United States Attorney

/S/ LAURA JEANNE DILDINE
Assistant United States Attorney
NCSB #41205
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St.
Fourth Floor
Greensboro, NC 27401
Phone: 336/333-5351