IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PM 1 2 3 4 5 6 7 8 9 10 11 12 AM 1 2 3 4 5 6 7 8 9 10 11 12
FILED IN THIS OFFICE
OCT 24 2025
Clerk U.S. District Court
Greensboro, NC
BY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 1:25CR292-1 |
| | : | |
| v. | : | |
| | : | WRIT OF HABEAS CORPUS |
| JONATHAN MASTACHE JUAREZ | : | AD PROSEQUENDUM |

THE PRESIDENT OF THE UNITED STATES:

To: Any United States Marshal

To: Sheriff
Lee County Jail
Sanford, NC

GREETINGS:

We command that you have the body of JONATHAN MASTACHE JUAREZ, now held in custody at the Lee County Jail, Sanford, North Carolina, as it is said, under safe and secure conduct before the Judge of the United States District Court for the Middle District of North Carolina at the United States Courthouse, 251 North Main Street, Winston-Salem, North Carolina, on October 30, 2025, at 2:30 p.m., for arraignment in the case of the United States of America v. Jonathan Mastache Juarez, 1:25CR292-1.

This Writ shall remain in effect until such time as JONATHAN MASTACHE JUAREZ appears before the United States District Court for the Middle District of North Carolina.

WITNESS, the Honorable Magistrate Judge of the United States District Court for the Middle District of North Carolina, and the seal of this Court.

This the 24 day of October, 2025.

______________________________
UNITED STATES MAGISTRATE JUDGE