AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

FILED IN THIS OFFICE
OCT 30 2025
Clerk U.S. District Court
Greensboro, NC
BY NS

United States of America
v.
JONATHAN MASTACHE JUAREZ
aka Jonathan Mastache
*Defendant*

Case No. 1:25CR292-1

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JONATHAN MASTACHE JUAREZ
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possess with intent to distribute methamphetamine in violation of 21:841(a)(1) and (b)(1)(A); Possess with intent to distribute cocaine hydrochloride in violation of 21:841(a)(1) and (b)(1)(C); Possess firearms in furtherance of a drug trafficking crime in violation of 18:924(c)(1)(A)(i).

The Unites States Attorney requests a detention hearing.

Date: 08/26/2025

Lawrence H. Cunningham, Clerk of Court
*Issuing officer's signature*

City and state: Greensboro, NC

/s/ Abby Taylor, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* 8-27-2025, and the person was arrested on *(date)* 10-30-2025
at *(city and state)* WINSTON-SALEM NC.

RECEIVED
AUG 27 2025
US Marshals Service, M/NC

Date: 10-30-2025

*Arresting officer's signature*

A. TOMAS
*Printed name and title*