IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR292-1 |
| | : | |
| JONATHAN MASTACHE JUAREZ | : | |

## FACTUAL BASIS FOR A GUILTY PLEA

NOW COMES the United States of America, by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, and states that the factual basis for a guilty plea is as follows:

On December 10, 2024, Homeland Security Investigations ("HSI") was notified of a suspicious package being shipped from San Diego, California to a residence in Sanford, North Carolina. On December 11, 2024, an HSI special agent conducted a controlled delivery of the package to the Sanford residence. Jonathan Mastache Juarez exited the home, walked down the front steps, took the package from the agent, and went back inside with the package. Law enforcement then executed a previously obtained search warrant for the residence and found Juarez standing in the living room holding the partially opened package containing lab-confirmed 1,774 grams of 98% pure methamphetamine.

In addition, in Juarez's bedroom, law enforcement found lab-confirmed 200 grams of cocaine hydrochloride, three firearms (an American Tactical AR-15, a KE Arms 5.56 caliber AR-style rifle, and a Ruger .223 caliber rifle), and a disassembled snub-nose .38 special revolver. In the children's bathroom, law enforcement found a Smith & Wesson .32 caliber handgun and an extended magazine.

Juarez waived his *Miranda* rights and spoke with law enforcement at the Sanford Police Department. He also consented to the search of his iPhone. Evidence from his interview and his phone show that his cousin in Mexico had shipped packages of controlled substances to Juarez. Also on his phone were numerous photographs of controlled substances packaged in trafficking amounts and videos of controlled substances being weighed.

This the 27th day of January, 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ LAURA J. DILDINE
Laura J. Dildine
Assistant United States Attorney
NCSB #41205
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert W. Ewing, Esq.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ LAURA J. DILDINE
Laura J. Dildine
Assistant United States Attorney
NCSB #41205
United States Attorney's Office
101 S. Edgeworth St., 4th Floor
Greensboro, NC  27401
Phone: 336/333-5351