IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR292-1 |
| | : | |
| JONATHAN MASTACHE JUAREZ, | : | |
| also known as, Jonathan Mastache | : | |

NOTICE OF APPEARANCE

NOW COMES the United States of America by and through Dan Bishop, United States Attorney for the Middle District of North Carolina, and gives Notice of Appearance in the above-captioned case, and states to the Court the following:

Eric L. Iverson, is entering as counsel in the case of United States v. Jonathan Mastache Juarez, 1:25CR292-1. He is to be served with any electronic or manual filings in this case.

This, the 28th day of January, 2026.

Respectfully submitted,

DAN BISHOP
United States Attorney

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR292-1 |
| | : | |
| JONATHAN MASTACHE JUAREZ, | : | |
| also known as, Jonathan Mastache | : | |

CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice of filing to CM/ECF participants.

/S/ ERIC L. IVERSON
Assistant United States Attorney
NCSB #46703
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Phone: 336/333-5351