This Writ shall remain in effect until such time as JONATHAN MASTACHE JUAREZ appears before the United States District Court for the Middle District of North Carolina.

WITNESS, the Honorable Magistrate Judge of the United States District Court for the Middle District of North Carolina, and the seal of this Court.

This the 24 day of October, 2025.

FILED IN THIS OFFICE FEB 11 2026 Clerk U.S. District Court Greensboro, NC By

UNITED STATES MAGISTRATE JUDGE

I HEREBY CERTIFY AND RETURN THAT I HAVE PARTIALLY (Date) 01/06/2026

FULLY (Date) ________ EXECUTED THIS WRIT ON THE WITHIN NAMED

INDIVIDUAL FROM ________ TO ________

INDIVIDUAL FROM ________ TO ________

BY [signature] DA

- State charge dismissed.